[No. 26702-1-II.   Division Two.   February 8, 2002.]

DONALD C. MILLIGAN, *Appellant*, v. RICHARD THOMPSON, *as Secretary of the Department of Social and Health Services*, ET AL., *Respondents.*
DONALD C. MILLIGAN, *Appellant*, v. LYLE QUASIM, *as Secretary of the Department of Social and Health Services*, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-03951-0, Christine A. Pomeroy, J., entered November 7, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ. Now published at 110 Wn. App. 628.

[No. 26755-1-II.   Division Two.   February 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CASEY SCOTT SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-8-00136-4, Thomas J. Majhan, J., entered December 21, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 45346-7-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS BARROW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-00899-3, Patricia H. Aitken, J., entered September 14, 1999. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.